UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF WISCONSIN

GAIL A. on her own Behalf and on Behalf of
Zachary A., her minor child,

        Petitioners,

v.

Marinette School District,

        Respondent.

Case No. 06-C-1107



## ORDER AMENDING THE SCHEDULING ORDER

Pursuant to the January 18, 2007 Stipulation submitted by the parties in this matter to amend the Scheduling Order;

**IT IS HEREBY ORDERED:**

1. The Petitioner shall have until January 26, 2007 to file any reply brief.

Dated this 22nd day of January, 2007.

        BY THE COURT:

        William Griesbach
        United States District Judge

GCA:

Stip/Order4Extention4gca.doc